## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 23-cr-137 (CRC) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **TREVOR WRIGHT, et al.,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FORFEITURE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice of its intent to seek forfeiture of the following assets, pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(C) and Title 28, United States Code, Section 2461(c):

1.) The following sums of U.S. currency:

   a. $405.20 in U.S currency;

   b. $17,303.25 in U.S. currency;

   c. $99,500 in U.S. currency; and

   d. $308,900.00 in U.S. currency.

2.) The following firearms and firearms-related items:

   a. one Ruger 57 pistol, 57 caliber and bearing serial number ("SN") 64218752;

   b. one Glock GMBH pistol, unknown caliber with an obliterated SN;

   c. one Aero Precision X15 rifle, multicaliber and bearing SN: U0700160;

   d. one Glock 29 pistol, 10 caliber and bearing SN: BVNT225;

1

e. one Glock 19GEN4 pistol, 9 caliber and bearing SN: ACSZ325;

f. one Glock 31GEN4 pistol, 357 caliber and bearing SN: BEXR714;

g. one Glock 26GEN4 pistol, 9 caliber and bearing SN: YVH326;

h. one firearm receiver/frame bearing SN TIR43910;

i. one Glock 23 pistol, 40 caliber with an obliterated serial number;

j. one Glock 21GEN4 pistol, 45 caliber and bearing SN BEXM610;

k. one Romarm/Cuigir GP WASR 10/63 rifle, 762 caliber and bearing SN 1967AM4703;

l. one Smith and Wesson M&P 9 shield pistol, 9 caliber and bearing SN RJX4912;

m. one Glock 23 pistol, 40 caliber and bearing SN FSA185;

n. one Glock 23 pistol, 40 caliber and bearing SN BAEA134;

o. one Colt Sporter Match rifle, 223 caliber with an obliterated serial number;

p. one AR-15 rifle drum magazine (ATF Case 768060-22-00011, Item No. 000066);

q. four rifle magazines and one speed loader (ATF Case 768060-22-00011, Item No. 000071);

r. one Glock back strap (ATF Case 768060-22-00011, Item No. 000076);

s. one black extended magazine (ATF Case 768060-22-00011, Item No. 000089);

t. one silver magazine (ATF Case 768060-22-00011, Item No. 000091);

    u. one 15 round capacity magazine (ATF Case 768060-22-00011, Item No. 000106);

    v. one AK (7.62x39) magazine (ATF Case 768060-22-00011, Item No. 000169);

    w. one Wilson Combat 45 caliber magazine (ATF Case 768060-22-00011, Item No. 000170);

    x. 138 rounds of 40 caliber ammunition (ATF Case 768060-22-00011, Item Nos. 000058, 000069, 000090, 000092, 000178, 000207, and 00212);

    y. 61 rounds of 9 caliber ammunition (ATF Case 768060-22-00011, Item Nos. 000059, 000107, 000109, 000136, 000157, 000158, and 000205);

    z. 46 rounds of 45 caliber ammunition (ATF Case 768060-22-00011, Item Nos. 000111, 000112, and 00198);

    aa. 4 rounds of 10/40 caliber ammunition (ATF Case 768060-22-00011, Item No. 000172);

    bb. 16 rounds of 762 caliber ammunition (ATF Case 768060-22-00011, Item No. 201); and

    cc. 93 rounds of assorted ammunition of various calibers (ATF Case 768060-22-00011, Item Nos. 000060, 000061, 000070, 000072, 000075, and 000112).

3.) The following articles of jewelry, clothing, and other items/accessories:

    a. one silver/platinum necklace with a battery medallion engraved with plus and minus signs and lightning bolt insignia (ATF Case 768060-22-00011, Item No. 000019);

    b. one silver Rolex with green face watch, bearing SN A5V95601;

c. one pair of diamond earrings (ATF Case 768060-22-00011, Item No. 000021);

d. one gold ring, one gold ring/band, and one gold Australian coin (ATF Case 768060-22-00011, Item No. 000064);

e. one gold hoop earring (ATF Case 768060-22-00011, Item No. 000068);

f. one pair of "Purple" brand jeans (ATF Case 768060-22-00011, Item No. 000078);

g. one gold link bracelet (ATF Case 768060-22-00011, Item No. 000084);

h. one white gold necklace (ATF Case 768060-22-00011, Item No. 000085);

i. one Cartier skeleton wristwatch (ATF Case 768060-22-00011, Item No. 000086);

j. one battery pendant (ATF Case 768060-22-00011, Item No. 000087);

k. one necklace (ATF Case 768060-22-00011, Item No. 000088);

l. one chain/necklace (ATF Case 768060-22-00011, Item No. 000093);

m. one Cuban bracelet (ATF Case 768060-22-00011, Item No. 000098);

n. one "Big" necklace with Cuban link chain (ATF Case 768060-22-00011, Item No. 000102);

o. one Rolex watch (ATF Case 768060-22-00011, Item No. 000103);

p. two Van Cleef and Arpels bracelets (ATF Case 768060-22-00011, Item No. 000105);

q. one pair of black jeans and a Gucci belt (ATF Case 768060-22-00011, Item No. 000137);

r. one Louis Vuitton black satchel (ATF Case 768060-22-00011, Item No. 000140);

s. one Audemars Piguet Royal Oak Watch (ATF Case 768060-22-00011, Item No. 000143);

t. two pairs of Purple brand jeans (ATF Case 768060-22-00011, Item No. 000147);

u. one ring (ATF Case 768060-22-00011, Item No. 000234);

v. one Virginia Invicta Grand Diver silver with blue face watch;

w. one Fitron silver watch;

x. one Rolex Yacht Master watch with Rolex box and Rolex paperwork;

y. one Invicta gold watch;

z. one Armitron silver watch with blue face;

aa. one Bulova Silver Watch with blue face; and

bb. one Rolex Sea Dweller watch.

4.) The following tools:

    a. one red hammer (ATF Case 768060-22-00011, Item No. 000073);

    b. one orange hammer (ATF Case 768060-22-00011, Item No. 000156); and

    c. one yellow/black hammer (ATF Case 768060-22-00011, Item No. 000222).

MATTHEW M. GRAVES

UNITED STATES ATTORNEY
D.C. Bar 481052

By: /s/
ANDREA DUVALL
AR Bar Number 2013114
SITARA WITANACHCHI
D.C. Bar Number 1023007
Assistant United States Attorneys
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 394-3996 (Duvall)
(202) 699-1978 (Witanachchi)
andrea.duvall@usdoj.gov
sitara.witanachchi@usdoj.gov