# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v.  ) | **CR. NO. 23-137 (CRC)** |
| **TREVOR WRIGHT** | |
| **WILLIAM HUNTER** | |
| **ROBERT SHEFIELD** ) | |

## UNOPPOSED MOTION TO MODIFY PRE-TRIAL ORDER

Trevor Wright, through counsel, with the consent of all the parties above, respectfully requests that the Court modify the pre-trial order issued on June 5, 2024 (ECF No. 169) as follows:

1. <u>PRE-TRIAL CONFERENCE.</u>  A pre-trial conference will be held on **May 27, 2025** (the day after Memorial Day). The Court will rule on all pre-trial motions and objections to proposed exhibits, to the extent possible, at the pre-trial conference, hearing argument as necessary.

2. <u>SUPPRESSION MOTIONS.</u> Any motion to suppress statements or tangible things shall be filed on or before **March 21, 2025**.[1] Opposition and replies shall be due within 14 and 7 days, respectively. The Court will schedule a hearing on the motion (s) as necessary.

3. <u>PRE-TRIAL MOTIONS</u>. All other pre-trial motions, including motions in limine, shall be filed on or before **April 18, 2025**. Oppositions and replies shall be due within 14 and 7 days, respectively.

---

[1] Counsel for Mr. Wright will be on maternity leave beginning October 2024 and will not return until the end of January 2025. This modified motions schedule will allow counsel to have time to prepare these motions upon return from leave.

The parties have reviewed all other provisions in ECF No. 169 and will abide by those orders/deadlines as laid out by the Court.

                                                                      Respectfully Submitted,

                                                                       A.J. KRAMER
FEDERAL PUBLIC DEFENDER

      /s/
Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004