# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. : 23-CR-137 (CRC) |
| **TREVOR WRIGHT,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Ubong Akpan has assumed responsibility for the defense of Trevor Wright in the above-captioned case as co-counsel. Please send copies of all notice and inquiries to the address listed.

Respectfully submitted,

_____/s/_____
UBONG AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
ubong_akpan@fd.org