UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 23-cr-137-1 (CRC) |
| | : | |
| v. | : | |
| | : | |
| TREVOR WRIGHT, | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION TO CONTINUE FILING DEADLINES AND SCHEDULE CHANGE OF PLEA HEARING

The United States of America, by and through its attorney, the Interim United States Attorney for the District of Columbia, and defendant Trevor Wright, by and through undersigned counsel, respectfully submits this joint motion to continue the filing deadline for pretrial motions in this case, currently due August 28, 2025, and to schedule a change of plea hearing.

Since the last status hearing and scheduling of the new trial date, which is currently scheduled to begin on December 1, 2025, the parties have continued to engage in plea discussions and now anticipate a resolution short of trial in this matter. As such, the parties respectfully request that a change of plea hearing be scheduled. The parties have conferred and are available on the following dates and times, at the Court's convenience: September 15, 2025 (after 1:00 p.m.), September 16, 2025, September 18, 2025, or September 19, 2025.

To ensure there is no unnecessary delay in trial for any reason, the parties are not requesting that the trial date be vacated at this time. The parties are, however, requesting a brief continuance of the deadline for pretrial motions, which are currently due on August 28, 2025. Given the parties' good faith belief that a pretrial resolution will soon be finalized, the parties request a brief continuance of the filing deadlines to September 28, 2025. This continuance will help preserve and ensure the effective use of resources, while also ensuring that the motions are fully briefed in

sufficient time for the Court's consideration before the pretrial conference on November 20, 2025 in the event this matter does not conclude short of trial for any reason.

WHEREFORE, the United States respectfully requests a brief continuance of the pretrial filing deadlines to September 28, 2025.

> Respectfully submitted,
>
> JEANINE FERRIS PIRRO
> UNITED STATES ATTORNEY
>
> By: /s/ Andrea Duvall
> SITARA WITANACHCHI
> D.C. Bar Number 1023007
> ANDREA DUVALL
> AR Bar Number 2013114
> Assistant United States Attorneys
> United States Attorney's Office
> 601 D Street NW
> Washington, D.C. 20530
> Sitara.witanachchi@usdoj.gov