UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 23-CR-137-1 (CRC) |
| v. | : |
| TREVOR WRIGHT, | : |
| Defendant. | : |

## ORDER OF FORFEITURE

**WHEREAS**, a written plea agreement was filed with this Court and signed by the defendant, Trevor Wright, and his counsel, Christopher Davis, Esq., in which the defendant agreed to plead guilty to all counts in the Fourth Superseding Information [ECF No. 363], charging the defendant with Conspiracy to Interfere with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951, Possessing a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii), Unlawful Possession of a Firearm, in violation of 18 U.S.C. § 922(g), and defendant has now plead guilty to these offenses;

**WHEREAS**, the Fourth Superseding Information alleged the forfeiture of any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of Count 1; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of 1, 2 or 3, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c);

**WHEREAS**, the Fourth Superseding Information also alleged the forfeiture of any firearm and ammunition involved in or used in the willful commission of these offenses, pursuant to Title 18, United States Code, Section 924(d);

**WHEREAS**, in his plea agreement, the defendant agreed to the forfeiture of the above

1

property and the forfeiture of the following specific property: 1) a Rolex wristwatch, bearing serial number A5V95601; 2) $17,303.25 in cash; 3) an AR-15-style weapon made of an Aero Precision X15 lower (S/N: X138274) and a LWRC M6A2 5.56 upper (S/N: U0700160); 4) a Glock 9mm semi-automatic pistol with an obliterated serial number; 5) a Ruger-57, 5.72x28mm semi-automatic handgun (S/N: 64218752); 6) a 9mm Glock 19 bearing serial number ACSZ325; 7) a 10 mm Glock 29 bearing serial number BCNT225; 8) a 357 Glock 31 bearing serial number BEXR714; 9) a 9mm Glock 26 bearing serial number YVH326; 10) 29 rounds of .223 caliber ammunition, 32 rounds of 9mm ammunition, and 16 rounds of 5.7x28mm ammunition seized on July 17, 2022; 11) 30 rounds of 9mm ammunition, 15 rounds of 10mm ammunition, and 22 rounds of 357 ammunition seized on November 11, 2022; and 12) one silver necklace with an attached battery medallion and one pair of diamond earrings, seized incident to his arrest on December 11, 2022;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any firearm or ammunition involved in or used in any knowing violation of Counts 1, 2 and 3 of the Fourth Superseding Information, to which the defendant has plead guilty, is subject to forfeiture, and the following specific property—to wit, 1) a Rolex wristwatch, bearing serial number A5V95601; 2) $17,303.25 in cash; 3) an AR-15-style weapon made of an Aero Precision X15 lower (S/N: X138274) and a LWRC M6A2 5.56 upper (S/N: U0700160); 4) a Glock 9mm semi-automatic pistol with an obliterated serial number; 5) a Ruger-57, 5.72x28mm semi-automatic handgun (S/N: 64218752); 6) a 9mm Glock 19 bearing serial number ACSZ325; 7) a 10 mm Glock 29 bearing serial number BCNT225; 8) a 357 Glock 31 bearing serial number BEXR714; 9) a 9mm Glock 26 bearing serial number YVH326; 10) 29 rounds of .223 caliber

ammunition, 32 rounds of 9mm ammunition, and 16 rounds of 5.7x28mm ammunition seized on July 17, 2022; 11) 30 rounds of 9mm ammunition, 15 rounds of 10mm ammunition, and 22 rounds of 357 ammunition seized on November 11, 2022; and 12) one silver necklace with an attached battery medallion and one pair of diamond earrings, seized incident to his arrest on December 11, 2022—are subject to forfeiture, and the Government has established the requisite nexus between the property and the offense, all pursuant to pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c);

***WHEREAS***, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d): 1) a Rolex wristwatch, bearing serial number A5V95601; 2) $17,303.25 in cash; 3) an AR-15-style weapon made of an Aero Precision X15 lower (S/N: X138274) and a LWRC M6A2 5.56 upper (S/N: U0700160); 4) a Glock 9mm semi-automatic pistol with an obliterated serial number; 5) a Ruger-57, 5.72x28mm semi-automatic handgun (S/N: 64218752); 6) a 9mm Glock 19 bearing serial number ACSZ325; 7) a 10 mm Glock 29 bearing serial number BCNT225; 8) a 357 Glock 31 bearing serial number BEXR714; 9) a 9mm Glock 26 bearing serial number YVH326; 10) 29 rounds of .223 caliber ammunition, 32 rounds of 9mm ammunition, and 16 rounds of 5.7x28mm ammunition seized on July 17, 2022; 11) 30 rounds of 9mm ammunition, 15 rounds of 10mm ammunition, and 22 rounds of 357 ammunition seized on November 11, 2022; and 12) one silver necklace with an attached battery

medallion and one pair of diamond earrings, seized incident to his arrest on December 11, 2022.

2. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

3. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

4. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

5. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this 13th day of January, 2026.

CHRISTOPHER R. COOPER
District Judge
United States District Court for the
District of Columbia