# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 23-cr-137
)
TREVOR WRIGHT )

## NOTICE OF APPEAL

Name and address of appellant:   Trevor Wright
Pending Federal Designation

Name and address of appellant's attorney:   Christopher M. Davis
DC Bar No. 385582
1350 Connecticut Ave., Suite 202
Washington, DC 20036

Offense:   18:1951; 18:924(c)(1)(A)(ii) and 2; 18:922(g)(1).

Concise statement of judgment or order, giving date, and any sentence:

Judgment entered 1/16/2006; sentenced to 135 months on Count 1ssss; 120 months on Count 3ssss concurrent with Count 1sss; 84 months consecutive on Count 2sss; followed by an aggregate term of 48 months supervised release.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

1/16/2026
DATE

APPELLANT
Christopher M. Davis (mad)
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✓]
Has counsel ordered transcripts?   YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✓]